IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
MAR 21 2018
PER _____
DEPUTY CLERK

| | |
|---|---|
| ERIC YOST, Individually and on behalf of a Class of Similarly Situated Individuals, | |
| Plaintiffs, | |
| vs. | No. 3:16-CV-79 RDM |
| ANTHEM LIFE INSURANCE COMPANY, | (Judge Robert D. Mariani) |
| Defendant | |

**ORDER**

AND NOW this 21st day of March, 2018, upon stipulation of the parties, it is hereby ORDERED that the Conference call presently scheduled for March 23, 2018 is cancelled without prejudice so that the parties may continue their efforts to resolve the discovery issues directly between the parties.

Robert D. Mariani
United States District Judge